Eugene A. FISCHER, Plaintiff—Appellant,

v.

UNITED STATES of America, Defendant—Appellee.

No. 11–6210.

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2011.

Decided: July 6, 2011.

Eugene A. Fischer, Appellant Pro Se. Joshua Bryan Royster, OFFICE OF THE

UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before WILKINSON, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene A. Fischer appeals the district court's order dismissing his complaint under the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Fischer v. United States*, No. 5:09–ct–03048–D (E.D.N.C. Jan. 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*